IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JESUS GOMEZ,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **05-590 - JPG** |
| | ) | |
| **FAISAL AHMED,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendant Ahmed's Motion for Extension of Time **(Doc. 16)** is **GRANTED**.

Defendant shall electronically file his responsive pleading on or before **June 11, 2007.**

**IT IS SO ORDERED.**

**DATED: May 22, 2007.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**