IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESUS GOMEZ,

    Plaintiff,

  v.

ROGER WALKER, CHARLES HINSLEY, EUGENE MCADORY, MELODY FORD, PAM GRUBMAN, DEBI MIDDENDORF, CINDY HOBROCK, FAISAL AHMED and HEALTH PROFESSIONALS, LTD.,

    Defendants.

Case No. 05-cv-590-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

DATED: March 26, 2010    NANCY J. ROSENSTENGEL, Clerk of Court

                                          By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**